RECEIVED
DEC 26 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES CLAIMS COURT

## COVER SHEET

06-891 C

**PLAINTIFF(S) or PETITIONER(S)**

**Price Construction, Inc.**
If this is a multi-plaintiff case, pursuant to Rule 20(a), please attach an alphabetized, numbered list of all plaintiffs.

**Name of attorney of record: Ronald L. Roberts**

**Firm Name: Ronald L. Roberts, P.C.**

**Post Office Box: 3235, Monument, CO 80132**

**Street Address: 76 Vale Circle, Palmer Lake, CO 80133**

**City-State-Zip: Palmer Lake, CO 80133**

**Telephone and Fax Numbers: 719-491-5858 and 719-532-7312**

**Is the attorney of record admitted to the Claims Court Bar? Yes**

**Does the attorney of record have a Court of Federal Claims ECF account? Yes**

**Nature of Suite Code: 100**
Select only one (three digit) nature of suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356 or 528 are sued, please explain. ______

**Agency identification Code: O**

**Amount claimed: $203,201.51**
Use estimate if specific amount is not plead.

**Disclosure Statement:**
**Is a RCFC 7.1 Disclosure Statement requires? Yes**
If yes, please note that two copies are necessary.

**Bid Protect:**
**Indicate approximate dollar amount of procurement at issue: None**
**Is plaintiff a small business? N/A**

**Vaccine Case:**
**Date of Vaccination: N/A**

**Related Cases:**
**Is this case directly related to any pending or previous case? No**
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.