ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 26 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRICE CONSTRUCTION, INC., PLAINTIFF, | ) ) ) | |
| VS. | ) ) | NO. 06-891 C |
| THE UNITED STATES, DEFENDANT. | ) ) | |

**DISCLOSURE STATEMENT PURSUANT TO RCFC 7.1**

Plaintiff, Price Construction, Inc., hereby files the Disclosure Statement pursuant to RCFC 7.1 as follows:

1. There are no parent corporations or any other publicly held corporations that own 10 % or more of the Plaintiff's stock.

RESPECTFULLY SUBMITTED,
RONALD L. ROBERTS, P.C.

Ronald L. Roberts
Attorney for Price Construction, Inc.
P.O. Box 3235
Monument, CO 80132
719/491-5858 Telephone
719/531-7312 Facsimile