IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRICE CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-891C |
| | ) | (Judge Mary Ellen Coster Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Matthew H. Solomson as attorney of record for the United States. Service of all papers should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 305-3274
Fax: (202) 514-8624
E-mail: Matthew.Solomson@usdoj.gov

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: March 2, 2007

s/ Matthew H. Solomson
Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that, on this 2nd day of March 2007, I caused to be placed in the United States mail (first-class, postage prepaid), as well as transmitted via facsimile, a copy of the foregoing NOTICE OF APPEARANCE to the parties below. I also understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Ronald L. Roberts
P.O. Box 3235
Monument, CO 80132

76 Vale Circle
Palmer Lake, CO 80133
Fax: 719-532-7312

Counsel for Plaintiff Price Construction, Inc.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON