**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRICE CONSTRUCTION, INC.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-891C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE A MOTION FOR AN ENLARGEMENT OF TIME OUT OF TIME**
**AND DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 90 days, to and including June 1, 2007, within which to respond to plaintiff's complaint. Defendant's response was due on February 24, 2007. This is defendant's first request for an enlargement of time for this purpose. Undersigned counsel attempted to contact counsel for plaintiff to discuss this motion but was unable to reach him.

Both our motion for leave to file out of time, as well as our motion for an enlargement of time, are necessary because counsel's office appears not to have received the complaint in this matter until March 1, 2007. Counsel's office is attempting to determine the cause of the delay. Accordingly, counsel requires additional time to prepare the Government's response to the complaint.

Moreover, additional time is required to enable counsel for the agency sufficient time to provide us with a complete litigation report in this matter. We rely upon agency counsel to prepare a litigation report pursuant to 28 U.S.C. § 520 concerning the case so that we may properly respond to actions filed against the United States. Agency counsel's duties and responsibilities in preparing the litigation report are very time consuming, as she or he must

investigate the allegations made, interview witnesses, and analyze the complaint. Once agency counsel prepares a litigation report, we must review it and respond to plaintiff's complaint accordingly. As a result, additional time is needed so that counsel may adequately respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 90 days, to and including June 1, 2007, within which defendant must respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

Dated: March 2, 2007

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 2nd day of March 2007, I caused to be placed in the United States mail (first-class, postage prepaid), as well as transmitted via facsimile, a copy of the foregoing DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR AN ENLARGEMENT OF TIME OUT OF TIME AND DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME to the party listed below. I also understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Ronald L. Roberts
P.O. Box 3235
Monument, CO 80132

76 Vale Circle
Palmer Lake, CO 80133
Fax: 719-532-7312

Counsel for Plaintiff Price Construction, Inc.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON