# In the United States Court of Federal Claims

**No. 06-891C**

**(Filed: March 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRICE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

---

On March 2, 2007, Defendant filed a motion for leave to file a motion for an enlargement of time and a motion for an enlargement of time, out of time, of 90 days, to and including **June 1, 2007**, within which to respond to Plaintiff's complaint. As good cause for this motion, Defendant states that counsel's office did not receive the Plaintiff's complaint in this matter until March 1, 2007. Good cause having been shown, this motion is **GRANTED NUNC PRO TUNC**.

**s/Mary Ellen Coster Williams**
MARY ELLEN COSTER WILLIAMS
Judge