# In the United States Court of Federal Claims

**No. 06-891C**

**(Filed: August 9, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **PRICE CONSTRUCTION, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

The Court will conduct a telephonic preliminary scheduling conference on **August 29, 2007** at 11:30 a.m. ET. The Court will initiate the teleconference.

**s/Mary Ellen Coster Williams**
MARY ELLEN COSTER WILLIAMS
Judge