**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRICE CONSTRUCTION, INC.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-891C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR STATUS CONFERENCE**

The parties hereby respectfully request that this Court schedule a status conference to discuss a proposed bifurcation of proceedings in this case and to amend the discovery and trial schedule currently in place.

As explained in the Joint Preliminary Status Report, the contract specifications at issue called for the installation of an oil/water separator system, including an oil/water separator and a check valve in the drain line. Plaintiff's position is that the contract specifications are defective because no oil/water separator will perform to the contract specifications with the check valve in place. The Government contends that the oil/water separator actually identified in the specification would have performed satisfactorily with the check valve. Thus, the central liability issue in this case is whether the oil/water separator system specified in the contract is possible to construct or not.

Accordingly, the parties propose that this case be bifurcated between the liability issue, described above, and damages. Particularly in light of the amount at issue in this case, the parties believe that such bifurcation would promote, pursuant to Rule 1 of this Court, the "just, speedy, and inexpensive determination" of this action. For example, to decide the liability issue, the parties would not need to retain damages and contract scheduling experts, nor would plaintiff

be forced to comply with a Defense Contract Audit Agency review that otherwise would be initiated by the Army Corps of Engineers.

In addition, the parties request that the Court enter an order limiting discovery to three fact witnesses and one expert witness on the subject of the possibility of the contract specifications. The parties also envision that depositions, interrogatories, and document discovery similarly would be limited to that liability issue.

Finally, additional time is required to enable counsel for both parties to complete discovery. Discovery is currently schedule to close on November 30, 2007.

For the foregoing reasons, the parties respectfully request that the Court grant the instant joint motion for a status conference to address the issues discussed above.

November 9, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Ronald L. Roberts
Ronald L. Roberts
PO Box 32355
Monument, CO 80132
719-491-5858 Telephone
719-867-3312 Facsimile

Counsel for Price Construction, Inc.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
202-305-3274 Telephone
202-514-8624 Facsimile

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 9th day of November 2007, I caused to be filed with the United States Court of Federal Claims the foregoing JOINT MOTION FOR STATUS CONFERENCE. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON