# In the United States Court of Federal Claims

**No. 06-891C**

**(Filed November 14, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRICE CONSTRUCTION, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PARTIES' JOINT MOTION FOR A STATUS CONFERENCE**

---

On November 9, 2007, the parties filed a joint motion requesting the Court schedule a status conference to discuss a proposed bifurcation of proceedings in this case and to amend the discovery and trial schedule currently in place. The Court grants the parties' motion and hereby schedules a telephonic status conference for **November 15, 2007, at 2:30 p.m. ET**. The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**