# In the United States Court of Federal Claims

**No. 06-891C**
**(Filed: November 15, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRICE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED SCHEDULING ORDER

The Court held a status conference on November 15, 2007. Based on the representations made by the parties during the status conference, the Court schedules the following:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **February 15, 2008.** In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. Plaintiff and Defendant are limited to deposing three fact witnesses each. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

2. **Expert Discovery**. The parties anticipate calling expert witnesses. The deadline for expert identifications shall be **December 31, 2007**, and reports shall be exchanged by **April 30, 2008**. Plaintiff and Defendant are limited to deposing one expert witness each. All expert discovery, including depositions shall conclude on or before **May 15, 2008**.

3. **Status Conference**. A telephonic status conference is scheduled for **May 20, 2008, at 11:00 a.m. EST.**

4. **Meeting of Counsel**. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before **August 25, 2008.** Within 7 days after the meeting, counsel shall file a Joint Certification verifying that they met and accomplished all matters required by RCFC Appendix A ¶ 13. See RCFC Appendix A ¶ 13(d).

5. **Memorandum of Contentions of Fact and Law**. In accordance with RCFC Appendix A ¶ 14, Plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before **September 8, 2008**. Defendant shall file its responsive Memorandum on or before **October 6, 2008**. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure.

6. **Joint Witness and Exhibit List**. The parties will file a joint witness list and joint exhibit list, using the template previously provided, on or before **October 14, 2008.** The joint exhibit list should be completed as follows: (I) Joint stipulated exhibits, to be numbered J1, J2, etc., (ii) Plaintiff's exhibits to be numbered P1, P2, etc.; (iii) Defendant's exhibits to be numbered D1, D2, etc.; (iv) Plaintiff's objections to Defendant's exhibits, if any, including the basis for each objection; and (v) Defendant's objections to Plaintiff's exhibits, if any, including the basis for each objection.

The actual exhibits shall be brought to the trial by the parties with sufficient copies, including one for the witness, two for the court and the official copy to be submitted to the court reporter. The exhibits shall be numbered and compiled in a loose-leaf/3-ring binder. Unbound submissions, such as maps, photographs, physical evidence and charts, may be submitted. Reduced copies of charts and photographs should be included in the binder, when possible.

7. **Pretrial Conference**. The Court will hold the Final Pretrial Conference by telephone on **October 27, 2008, at 11 a.m. ET.** The parties shall identify and file a copy of any exhibit as to which an objection remains outstanding no later than **October 14, 2008**, so that such objections may be discussed at the pretrial conference. The parties shall be prepared to argue any outstanding motions in limine at the pretrial conference. The parties shall notify each other of the names of witnesses and the order in which they will testify no less than forty-eight hours prior to that witness's testimony, using the scheduling template previously provided. A copy of the attached template will be, at the request of a party, provided to the party in electronic form by the court.

8. **Trial**. Trial will be conducted **November 3-7, 2008,** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. Trial will begin at 9:30 a.m. each day, and conclude at 6:00 p.m. unless the court otherwise orders. During each day of trial, the court anticipates taking a 15-minute mid-morning recess, a one-hour luncheon recess and one 15-minute mid-afternoon recess. Subject to the availability of the courtroom, the court is willing to sit late to accommodate the schedules of witnesses.

9. **Telephonic Status Conferences**: The parties are also urged to contact the court to request a telephonic conference at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**