**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRICE CONSTRUCTION, INC.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-891C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME</u>**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 30 days, to and including March 17, 2008, within which to complete depositions in this case. Pursuant to the Court's November 15, 2007 amended scheduling order in this case, fact discovery is currently set to close on February 15, 2008. This is defendant's first request for an enlargement of time for this purpose. Undersigned counsel attempted to contact counsel for plaintiff several times to discuss this motion, but was unable to reach him.

Our motion for an enlargement of time is necessary because plaintiff has until February 11, 2008 to respond to defendant's first set of interrogatories. Once we receive plaintiff's answers to the aforementioned interrogatories, and review such answers with our expert, we will be in a better position to determine which, if any, fact witnesses to depose. Permitting defendant sufficient time to engage in such staged or tiered discovery – <u>e.g.</u>, to first determine which individuals disclosed by plaintiff should be deposed, interviewed, or subpoenaed – ultimately will conserve the parties' and this Court's resources and, pursuant to Rule 1 of this Court, promote the "just, speedy, and inexpensive determination" of this action.

Moreover, additional time is required due to workload constraints pursuant to other cases pending before this Court. Indeed, counsel for the United States must prepare for oral argument

on a motion to dismiss and on cross-motions for summary judgment in Essex Electro Engineers, Inc. v. United States, Fed. Cl. 07-348C, currently scheduled for February 12, 2008.

Finally, we do not believe, at this time, that granting the instant motion will require any other deadlines in this case to be shifted. In that regard, the next discovery deadline – the exchange of export reports – is not until April 30, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including March 17, 2008, within which the parties may depose fact witnesses.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

Dated: February 4, 2008 Counsel for Defendant