# In the United States Court of Federal Claims

**No. 06-891C**
**(Filed: February 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **PRICE CONSTRUCTION, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

---

On February 4, 2007, Defendant filed a motion for an enlargement of time, to and until March 17, 2008, to complete depositions. Good cause having been shown, the Court **GRANTS** Defendant's motion. Depositions shall be completed by **March 17, 2008.** All other dates in the Court's November 15, 2007 amended scheduling order remain in effect.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**