IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PRICE CONSTRUCTION, INC.** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 06-891C** |
| | **)** | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**DEFENDANT'S MOTION TO COMPEL**

Pursuant to Rule 37 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court order plaintiff, Price Construction, Inc. ("Price"), to provide a response to Defendant's First Set of Interrogatories served upon plaintiff on January 11, 2008. Defendant has received **no** response to the aforementioned interrogatories within the time provided for by the rules of this Court. Moreover, although we have attempted, over several weeks, to contact counsel for plaintiff numerous times via phone – leaving voicemail messages each time – in an effort to resolve this discovery matter without court action, we have yet to hear back from plaintiff's counsel.[1]

RCFC 33 provides that "[t]he party upon whom the interrogatories have been served shall serve a copy of the answers, and objections if any, within 30 days after the service of the interrogatories." RCFC 33(b)(3). Although "[a] shorter or longer time may be directed by the court" or "agreed to in writing by the parties," id., no such order or agreement exists with respect to defendant's interrogatories, served on January 11, 2008. Accordingly, Price's interrogatory

[1] We likewise note that we also have attempted to contact Price's counsel in an attempt to arrange mutually convenient dates for depositions provided for by this Court's November 15, 2007 Scheduling Order.

responses were due on Monday, February 11, 2008, and are now almost three weeks late. If plaintiff will not comply with this Court's rules, we will have no choice but to move to dismiss this case for lack of prosecution. Colbert v. United States, 30 Fed. Cl. 95, 98-99 (1993) ("A complete failure to respond to interrogatories and document requests seeking information needed by the defendant before the case can progress is also grounds for dismissal under rule 37(d).").

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Bryant G. Snee by s/ K. Dintzer
BRYANT G. SNEE
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

Dated: February 29, 2008

Counsel for Defendant