# In the United States Court of Federal Claims

**No. 06-891C**
**(Filed: February 29, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRICE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

On February 29, 2007, Defendant filed a motion to compel Plaintiff to respond to Defendant's first set of interrogatories. The Court hereby ORDERS Plaintiff to respond to Defendant's motion no later than **March 17, 2008.**

The trial in this case, previously scheduled for November 3, 2008, is hereby postponed until further notice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**