**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRICE CONSTRUCTION, INC.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-891C** |
| | ) | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant defendant an enlargement of time of 60 days, to and including May 16, 2008, within which to complete depositions in this case. Pursuant to the Court's February 6, 2008 order in this case, fact discovery is currently set to close on March 17, 2008. This is defendant's second request for an enlargement of time for this purpose. Undersigned counsel attempted to contact counsel for plaintiff to discuss this motion, but was unable to reach him.

The basis for this motion is identical to our first motion for an enlargement of time: once we receive plaintiff's answers to our interrogatories, and review such answers with our expert, we will be in a better position to determine which, if any, fact witnesses to depose. As explained in our pending February 29, 2008 motion to compel – to which the court has ordered that plaintiff respond by today – plaintiff had until February 11, 2008 to respond to defendant's first set of interrogatories. Permitting defendant sufficient time to engage in such staged or tiered discovery – e.g., to first determine which individuals disclosed by plaintiff should be deposed, interviewed, or subpoenaed – ultimately will conserve the parties' and this Court's resources and, pursuant to Rule 1 of this Court, promote the "just, speedy, and inexpensive determination" of this action.

Finally, the Court's February 29, 2008 order indefinitely postponed the trial in this case that previously had been scheduled for November 3, 2008. Accordingly, granting the instant motion will not require any trial-related deadlines in this case to be shifted. On the other hand, we note that the next discovery deadline – the exchange of export reports – is April 30, 2008, an enlargement of which likely will be necessary.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 60 days, to and including May 16, 2008, within which the parties may depose fact witnesses.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

Dated: March 17, 2008

Counsel for Defendant