# In the United States Court of Federal Claims

**No. 06-891C**
**(Filed: March 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**PRICE CONSTRUCTION, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR AN ENLARGEMENT OF TIME**

---

On March 17, 2008, Defendant filed a motion for an enlargement of time of 60 days, to and including **May 16, 2008**, within which to compete depositions. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**