# In the United States Court of Federal Claims

**No. 06-891C**
**(Filed: March 20, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRICE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

---

On February 29, 2008, Defendant filed, pursuant to Rule 37 of the Rules of the United States Court of Federal Claims (RCFC), a motion to compel Plaintiff to respond to Defendant's first set of interrogatories. According to its motion, Defendant served Plaintiff with its first set of interrogatories on January 11, 2008. RCFC 33 provides that "[t]he party upon whom the interrogatories have been served shall serve a copy of the answers, and objections if any, within 30 days after the service of the interrogatories." Accordingly, Plaintiff's responses to the interrogatories were due February 11, 2008. According to Defendant's motion, Plaintiff never responded to Defendant's interrogatories.

Plaintiff did not file a response to the motion to compel. Good cause having been shown, Defendant's motion is **GRANTED**. Plaintiff is hereby **ORDERED** to respond to Defendant's first set of interrogatories no later than **April 18, 2008.**

Should Plaintiff fail to comply with this Order, the Court will issue an Order To Show Cause why Plaintiff's claims should not be dismissed for failure to prosecute. Such an order, if issued, shall be served on Plaintiff and its counsel.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**