**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRICE CONSTRUCTION, INC.** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 06-891C** |
| | **)** | **(Judge Coster Williams)** |
| **THE UNITED STATES,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**DEFENDANT'S STATUS REPORT**

On March 20, 2008, this Court issued an order granting our February 29, 2008 motion to compel. In that order, this Court instructed plaintiff "to respond to Defendant's first set of interrogatories no later than April 18, 2008." Moreover, the Court indicated that, "[s]hould Plaintiff fail to comply with [the Court's March 20, 2008] Order, the Court will issue an Order To Show Cause why Plaintiff's claims should not be dismissed for failure to prosecute."

As of the filing of this Status Report, we have not received plaintiff's interrogatory responses. Accordingly, we respectfully request that this Court issue the aforementioned show cause order.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

Dated: May 5, 2008

Counsel for Defendant