# In the United States Court of Federal Claims

**No. 06-891C**
**(Filed: May 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**PRICE CONSTRUCTION, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER TO SHOW CAUSE

On February 29, 2008, Defendant filed, pursuant to Rule 37 of the Rules of the United States Court of Federal Claims (RCFC), a motion to compel Plaintiff to respond to Defendant's first set of interrogatories. According to its motion, Defendant served Plaintiff with its first set of interrogatories on January 11, 2008. RCFC 33 provides that "[t]he party upon whom the interrogatories have been served shall serve a copy of the answers, and objections if any, within 30 days after the service of the interrogatories." Accordingly, Plaintiff's responses to the interrogatories were due February 11, 2008, but Plaintiff never responded to Defendant's interrogatories. Nor did Plaintiff file a response to Defendant's motion to compel.

On March 20, 2008, the Court granted Defendant's motion to compel and ordered Plaintiff to respond to Defendant's first set of interrogatories no later than April 18, 2008. The Court further stated that failure to comply with the Order would result in the issuance of an Order to Show Cause why Plaintiff's claims should not be dismissed for failure to prosecute. On May 5, 2008, Defendant filed a status report representing that Plaintiff still has not responded to Defendant's interrogatories.

Accordingly, the Court **ORDERS** Plaintiff to Show Cause why this action should not be dismissed, pursuant to RCFC 41(b), "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court. . . ." Plaintiff shall file its response to this order no later than **June 6, 2008**.

The Clerk of the Court is directed to send a copy of this order to both Plaintiff and its counsel.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**