IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRICE CONSTRUCTION, INC.,<br>PLAINTIFF, | ) | |
| VS. | ) | NO. 06-891 C<br>(Judge Williams) |
| THE UNITED STATES,<br>DEFENDANT. | ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On May 5, 2008 the Court entered an Order to Chow Cause directing Plaintiff to show cause why this matter should not be dismissed. In response the Plaintiff states as follows:

1. On March 13, 2008 undersigned counsel became very ill while attending a trial in Douglas County Colorado. The trial was vacated and Counsel sought medical attention.

2. On the advice of the physician, on March 14, 2008 undersigned counsel sought emergency medical attention at the Penrose Hospital Emergency room.

3. Since that time counsel has been under the care of a primary medical provider.

4. On April 10, 2008 counsel underwent further testing and evaluation and was thereafter admitted to Penrose Hospital. Counsel underwent and angiogram on April 12, 2008.

5. On April 23 Counsel underwent further testing and evaluation which determined that a blood clot had formed following the angiogram. Counsel was immediately admitted to Penrose Hospital or testing and treatment.

6. Counsel's medical condition continues to be treated by the primary physician. The primary physician placed restrictions on counsel's activities.

7. Counsel is a sole practitioner and communicated the circumstances herein to opposing counsel.

8. Counsel is currently undergoing treatment for blood clots and a cardiovascular condition.

9. Defendant has not been prejudiced in any way by the foregoing.

10. Plaintiff anticipates providing additional documentation and the Answer to Interrogatories on or before June 13. 2008.

11. Counsel has communicated the foregoing to opposing counsel, is cooperating in completing discovery and counsel have agreed to request that the Court set a Status Conference to address this matter.

RESPECTFULLY SUBMITTED,
RONALD L. ROBERTS, P.C.

Ronald L. Roberts
Attorney for Price Construction, Inc.
P.O. Box 3235
Monument, CO 80132
719/494-5822 Telephone
719/867-3300 Facsimile

**Certificate of Service**

I hereby certify that on the _________day of June, 2008 a true and accurate copy of the foregoing Plaintiff's Response to Show Cause Order was sent via e-mail and United States Mail, postage prepaid, to:

MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
202-305-3274 Telephone
202-514-8624 Facsimile

______________________________