Draft 9/8/2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRICE CONSTRUCTION, INC.,<br>PLAINTIFF, | ) | |
| VS. | ) | NO. 06-891 C<br>(Judge Williams) |
| THE UNITED STATES,<br>DEFENDANT. | ) | |

Plaintiff's Consent Motion to Amend Scheduling Order

Plaintiff, Price Construction, Inc., by and through counsel of record, respectfully requests the Court to amend the scheduling order as follows:

1. Fact discovery will be extended to, and completed by, December 19, 2008;
2. Expert witness reports will be exchanged by January 16, 2009;
3. Expert witness discovery, including depositions, will be completed by February 6, 2009;
4. Following the completion of discovery, the parties will request a status conference to discuss a schedule for dispositive motions and/or trial dates.

Defendant, the United States, consents to this motion.

Respectfully submitted,

Ronald L. Roberts, No. 21459
Attorney for Price Construction, Inc.
PO Box 32355
Monument, CO 80132
719/491-5858 Telephone
719/867-3312 Facsimile

Draft 9/8/2008

CERTIFICATE OF SERVICE

I hereby certified under penalty of perjury that on this 8th day of September 2008, I caused to be placed in United States mail (first-class postage prepaid) copies of "Motion to Amend Scheduling Order" addressed as follows:

Matthew H. Solomson
Trial Attorney, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
202/307-1011 Telephone

______________________________