# In the United States Court of Federal Claims

**No. 06-891C**
**(Filed: September 11, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRICE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING CONSENT MOTION TO AMEND SCHEDULING ORDER

---

On September 8, 2008, Plaintiff filed a consent motion to amend the Court's November 15, 2007 scheduling order. The Court grants Plaintiff's request and amends the scheduling order as follows:

1. **December 19, 2008** Fact discovery due;
2. **January 16, 2009** Expert witness reports to be exchanged;
3. **February 6, 2009** Expert witness discovery, including depositions, to be completed.

At the conclusion of discovery, the parties shall contact the Court to schedule a status conference.

**IT IS SO ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**